IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

| | |
|---|---|
| ELSIE K. MUSICK, | : |
| Plaintiff | : |
| | : CIVIL ACTION |
| v. | : FILE NO. 3:08-CV-074-JTC |
| | : |
| PUBLIX SUPERMARKETS, INC., | : |
| | : |
| Defendant | : |

## DEMAND FOR JURY TRIAL

COMES NOW Defendant Publix Super Markets, Inc. (erroneously sued as "Publix Supermarkets, Inc.") and, pursuant to the Federal Rules of Civil Procedure, respectfully requests a trial by jury on all issues so triable.

                                                       FAIN, MAJOR & BRENNAN, P.C.

                                           BY:   **/s/Gene A. Major**
                                                          GENE A. MAJOR

100 Glenridge Point Parkway          Georgia State Bar No. 466650
Suite 500                                             JENNIFER L. NICHOLS
Atlanta, Georgia  30342                Georgia State Bar No. 001294
(404) 688-6633                             Attorneys for Publix Super Markets, Inc.

## CERTIFICATION

Pursuant to L.R. 7.1(D) N.D.Ga., I certify that this document has been prepared in Times New Roman Font 14 point, as approved by the Court in L.R. 5.1B, N.D.Ga.

                                                       BY:   **/s/Gene A. Major**
                                                           GENE A. MAJOR
                                                           Georgia State Bar No. 466650

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION

ELSIE K. MUSICK, :
                  :
      Plaintiff   :
                  :   CIVIL ACTION
v.                :   FILE NO. 3:08-CV-074-JTC
                  :
PUBLIX SUPERMARKETS, INC., :
                  :
      Defendant   :

## CERTIFICATE OF SERVICE

I hereby certify that on the 1st day of July, 2008, I electronically filed **Demand for Jury Trial** with the Clerk of Court using the CM/ECF system which will automatically send e-mail notification of such filing to the following attorneys of record:

Peter Alford, Esquire
DANIEL, HADDEN & ALFORD, P.C.
202 North Lewis Street
P.O. Box 2249
LaGrange, Georgia 30241

                            FAIN, MAJOR & BRENNAN, P.C.

                    BY:   **/s/Gene A. Major**
                          GENE A. MAJOR
                          Georgia State Bar No. 466650
100 Glenridge Point Parkway    Attorney for Publix Super Markets, Inc.
Suite 500
Atlanta, Georgia 30342
(404) 688-6633